**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**LASHELL LEE MITCHELL,**

**Plaintiff,**

**v.** **CASE NO. 26-3352-JWL**

**SHAWNEE COUNTY**
**SHERIFF'S DEPARTMENT, et al.,**

**Defendants.**

# O R D E R

This matter is before the Court on a motion filed by Plaintiff. The motion is titled "Motion to Notice Dismissal of Case." (Doc. 25.) Plaintiff asks to dismiss this case because she keeps getting her two cases confused. The motion is denied for the reasons explained below.

Plaintiff filed this case on September 23, 2026, and filed an amended complaint on October 19, 2026. (Doc. 19.) Then, Plaintiff filed a second case on October 26, 2026, *Mitchell v. Vital Core Health Strategies, LLC*, Case No. 26-3411. Both cases are brought under 42 U.S.C. § 1983, and, in both cases, Plaintiff complains of the medical care she has received at the Shawnee County Jail for injuries she suffered from a motor vehicle crash which occurred just prior to her arrest.

On November 17, 2026, the Court entered a Memorandum and Order to Show Cause in this case (Case No. 26-3352) finding that the case was subject to dismissal. ("MOSC"; Doc. 24.) The MOSC gives Plaintiff the opportunity to show cause why this case should not be dismissed or to file an amended complaint addressing the deficiencies.

The day after the Court entered the MOSC, Plaintiff filed her motion to voluntarily dismiss this case, recognizing that the two lawsuits are essentially the same. However, because the Court has already screened the complaint in this case, because the claims raised in Case No. 26-3411 are

essentially the same, and because Plaintiff has the opportunity to file a second amended complaint in this case where she can add any allegations she may have mentioned in Case No. 26-3411 but failed to include in her amended complaint, the Court dismissed Case No. 26-3411 as duplicative and as frivolous.

Plaintiff's motion to dismiss this case is now moot as the stated purpose of her motion (having only one case to pursue) was achieved with the dismissal of Case No., 26-3411.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's Motion to Notice Dismissal of Case (Doc. 25) is **denied** as moot.

**IT IS SO ORDERED**.

**Dated November 20, 2026, in Kansas City, Kansas.**

**S/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**